Chapter 7
Adversary Proceeding: 09-01136
Judge Joan N. Feeney

# CERTIFICATE OF SERVICE

I, Ellen Rappaport Tanowitz, certify that I am, and at all times during the service of process, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint was made: APRIL 27, 2009 (Date) by:

☒ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:

Francis Buzdulewicz,
38 Pine St
Chelsea MA 02150

☐ Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☐ Publication: The defendant was served as follows: [Describe briefly]

☐ State Law: The defendant was served pursuant to the laws of the State of _____ as follows: [Describe briefly]

Under penalty of perjury, I declare that the foregoing is true and correct.

4/27/09
Date

Ellen Rappaport (Signature)

Ellen Rappaport Tanowitz
Print Name
Tanowitz Law Office, 199 Wells Ave, Suite 201
Business Address
Newton    MA    02459
City      State  Zip