# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS
# (EASTERN DIVISION)

**In re:**
**FRANCIS RICHARD BUZDEREWICZ**

      **Debtor.**

Chapter 7 Case. No.
09-10285 JNF

---

**JAMES AND TRACY MILKAY.**
      **Plaintiff,**

    v.

**FRANCIS RICHARD BUZDEREWICZ,**
      **Defendant.**

**Adversary Proceeding
No. 09-01136**

## REQUEST FOR DEFAULT

To the Clerk of the above-named Court:

I, Ellen Rappaport Tanowitz, attorney for the above-named plaintiffs, James and Tracy Milkay, state that the complaint in which a judgment for affirmative relief is sought against the defendant herein, was filed on or about April 13, 2009, and the summons and a copy of the complaint has been served on the defendant Francis Richard Buzderewicz on April 27, 2009 that the time within which the defendant shall serve a responsive pleading or otherwise defend pursuant to Rule 12(a), has expired and the defendant herein has failed to serve or file an answer or otherwise defend as to the complaint.

WHEREFORE, the plaintiff, makes application that the defendant Francis Richard Buzderewicz be defaulted.

Dated at Newton, Massachusetts, this 20th day of May, 2009.

SIGNED UNDER THE PENALTIES OF PERJURY

/s/ Ellen Rappaport Tanowitz

Ellen Rappaport Tanowitz
BBO No. 630710
199 Wells Ave, Suite 201
Newton, MA 02459
(617)965-1130
ellen@tanowitzlaw.com

**Certificate of Service**

I, Ellen Rappaport Tanowitz, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice Electronic Filing and paper copies will be sent to those indicated as non-registered participants on this 20th day of May, 2009, via first class mail, postage pre-paid.

*/s/ Ellen Rappaport Tanowitz*
_____
Ellen Rappaport Tanowitz