**UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(EASTERN DIVISION)**

**In re:
FRANCIS RICHARD BUZDEREWICZ**

      **Debtor.**

Chapter 7 Case. No.
09-10285 JNF

**JAMES AND TRACY MILKAY.**
      **Plaintiff,**

      v.

**FRANCIS RICHARD BUZDEREWICZ,**
      **Defendant.**

**Adversary Proceeding
No. 09-01136**

## AMENDED CERTIFICATE OF SERVICE

I, Ellen Rappaport Tanowitz, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice Electronic Filing as follows:

- Gary W. Cruickshank    gwc@cruickshank-law.com, ma09@ecfcbis.com
- John Fitzgerald    USTPRegion01.BO.ECF@USDOJ.GOV
- Julie Taylor Moran    bankruptcy@orlansmoran.com, amendralla@orlansmoran.com
- Richard S. Ravosa    towncountrylaw@aol.com
- Ellen Tanowitz    ellen@tanowitzlaw.com

and paper copies will be sent to:

Capital Recovery II
c/o Recovery Management Systems Corp.
25 SE 2nd Ave., Suite 1120
Miami, FL 33131

Recovery Management Systems Corporation
25 S.E. 2nd Avenue, Suite 1120
Miami, FL 33131

on this 20th day of May, 2009, via first class mail, postage pre-paid.

      */s/ Ellen Rappaport Tanowitz*
      Ellen Rappaport Tanowitz