## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS
## (EASTERN DIVISION)

| | |
|---|---|
| **In re:**<br>**FRANCIS RICHARD BUZDEREWICZ**<br><br>  Debtor. | **Chapter 7 Case. No.**<br>09-10285 JNF |
| **JAMES AND TRACY MILKAY.**<br>  Plaintiff,<br><br>  v.<br><br>**FRANCIS RICHARD BUZDEREWICZ,**<br>  Defendant. | **Adversary Proceeding**<br>**No. 09-01136** |

### SECOND AMENDED CERTIFICATE OF SERVICE

I, Ellen Rappaport Tanowitz, hereby certify that this document filed through the ECF system has been sent by paper copy to:

Francis Buzderewicz, 38 Pine Street, Chelsea, MA 02150

on this 10th day of June, 2009, via first class mail, postage pre-paid.

  */s/ Ellen Rappaport Tanowitz*
  Ellen Rappaport Tanowitz