**UNITED STATES BANKRUPTCY COURT**
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re:    Francis Richard Buzderewicz | Related Bankruptcy Case: 09–10285 |
| | Chapter 13 |
| Debtor, | Judge Joan N. Feeney |
| | |
| James Milkay, Tracy Milkay | Adversary Proceeding: 09–01136 |
| Plaintiff | |
| vs. | |
| Francis Richard Buzderewicz | |
| Defendant | |

**NOTICE OF DEFAULT**

Pursuant to the provisions of MLBR 7055–1, it appearing that the defendant has failed to plead or otherwise defend, it is **ORDERED** that the defendant be and hereby is defaulted.

Upon application by plaintiff for entry of a default judgment, together with the proposed judgment, this matter will be presented to the court for final action.

Date:7/23/09

By the Court,

Frances Calderaro
Deputy Clerk
617–565–8068